McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Philip A. Goldstein**
Direct: 212.548.2167

**McGuireWoods**

pagoldstein@mcguirewoods.com
Fax: 212.715.6275

May 11, 2022

**Via ECF**

Hon. Elizabeth A. Wolford, U.S.D.J.
United States District Court
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:    *Frank Lavorato, III v. Missouri Higher Education Loan Authority d/b/a MOHELA, et al.*
              **Case No. 6:22-cv-06165-EAW**

Dear Judge Wolford:

      This firm represents Defendant SoFi Lending Corp. ("SoFi") in the above-referenced action. We write to advise the Court that SoFi and co-Defendant Missouri Higher Education Loan Authority d/b/a MOHELA ("MOHELA") have reached an agreement in principle to resolve this matter with Plaintiff. The parties are in the process of preparing a settlement agreement and, therefore, SoFi and MOHELA respectfully request that a 60-day Order be issued to allow the parties time to finalize settlement details and submit a Stipulation of Dismissal. The deadline for Defendants to answer, move, or otherwise respond to the Complaint is May 13, 2022. Counsel for Plaintiff consents to this request.

      Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      **McGuireWoods LLP**

                By:    */s/ Philip A. Goldstein*
                           Philip A. Goldstein
                           McGuireWoods LLP
                           1251 Avenue of the Americas, 20th Floor
                           New York, NY 10020-1104
                           T: (212) 548 2167
                           F: (212) 715-6275
                           pagoldstein@mcguirewoods.com

                           OF COUNSEL:
                           K. Issac deVyver

SO ORDERED

*[signature]*

ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
**Dated: May 11, 2022**

Hon. Elizabeth A. Wolford, U.S.D.J.
May 11, 2022
Page 2

        McGuireWoods LLP
        Tower Two-Sixty
        260 Forbes Avenue, Suite 1800
        Pittsburgh, PA 15222
        T:  (412) 667-7904
        F:  (412) 667-7991
        kdevyver@mcguirewoods.com

*Attorneys for Defendant SoFi Lending Corp.*

Approved by:

Gregory Goodman, Esq.
The Law Office of Gregory A. Goodman P.C.
380 North Broadway, Suite 305
Jericho, New York 11753
E: ggoodman@gganylaw.com

*Attorney for Plaintiff*

Matthew D. Guletz, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
E: mguletz@thompsoncoburn.com

*Attorney for Defendant Missouri Higher Education Loan Authority d/b/a MOHELA*

PAG:cmg
cc:     All Counsel of Record (via ECF)

159561239